UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEONDRE WILLIAMS, et al.<br><br>　　　　　　　　　　Defendants. | Case No. 2:14-cr-00099-APG-PAL<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT OF FINDINGS AND RECOMMENDATION ON MOTION TO DISMISS**<br><br>(Dkt. ##36, 48) |

　　　　Defendant Deondre Williams filed a Motion to Dismiss the Indictment for Outrageous Government Conduct. (Dkt. #36.) On November 7, 2014 Magistrate Judge Leen entered her Report of Findings and Recommendation (Dkt #48) recommending that the motion be denied. Mr. Williams filed an Objection (Dkt. #57) and the Government filed a Response (Dkt. #58). I have conducted a de novo review of the issues pursuant to Local Rule IB 3-2. Magistrate Judge Leen's Report of Findings and Recommendation sets forth the proper legal and factual bases for the decision, and thoroughly analyzes the issues. I have only one disagreement with her Report: the sentence at 25:1-3 of the Report should read: "However, the court's review of the transcripts does ***not*** establish that the ATF engaged in outrageous government conduct which threatened or coerced Williams to engage in a fictional stash house home invasion robbery." (emphasis added). It appears that the absence of the word "not" was an unintentional omission; adding that word makes the sentence fit with the context of the rest of that paragraph. Otherwise, I agree with Magistrate Judge Leen's Report in its entirety. Therefore,

　　　　**IT IS HEREBY ORDERED** that the Magistrate Judge's Report of Findings and Recommendation (Dkt. #48) is accepted and approved in its entirety. Defendant's Motion to Dismiss (Dkt. #36) is DENIED.

　　　　Dated: February 11, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE