UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEONDRE WILLIAMS, et al.<br><br>Defendants. | Case No. 2:14-cr-00099-APG-PAL<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME**<br><br>(ECF Nos. 113, 114) |

Defendant Deondre Williams filed two motions seeking extra time to file a motion or petition for relief under *United States v. Johnson* and 28 U.S.C. § 2255. ECF Nos. 113, 114. The government has not opposed. Good cause appearing, I will grant Mr. Williams additional time to file his petition or motion. By granting this extra time, I am not agreeing that his petition or motion are timely, or that they would have been timely had they been filed on July 22, 2016 (the date he filed his motions for extra time). Williams must demonstrate in his motion or petition that they would have been timely but for the lockdown at the detention facility.

IT IS HEREBY ORDERED that defendant Deondre Donte Williams' motions (**ECF Nos. 113, 114) are GRANTED**. Williams may file his motion or petition for relief under *United States v. Johnson* or 28 U.S.C. § 2255 by May 15, 2017.

Dated: April 13, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE