# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:14-cr-00099-APG-PAL |
| vs. | ) **ORDER APPOINTING COUNSEL** |
| DEONDRE WILLIAMS, | ) |
| Defendant. | ) |

I previously granted Defendant Deondre Williams' motion for appointment of counsel for the limited purpose of determining whether Williams qualifies to file a motion or petition for relief under *United States v. Johnson* or 28 U.S.C. § 2555 and, if so, to prepare that motion or petition. ECF No. 125. In light of that order,

**IT IS HEREBY ORDERED** that Chris Arabia is appointed as counsel to represent defendant Deondre Williams for the limited purposes outlined above.

**DATED** this 31st day of May, 2017.

_____
Andrew P. Gordon
United States District Judge