UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cr-00099-APG-PAL<br>) |
| vs. | ) **ORDER REQUIRING ANSWER FROM**<br>) **GOVERNMENT** |
| DEONDRE WILLIAMS, | ) |
| Defendant. | ) |

Defendant Deondre Williams has moved to set aside or correct his sentence under 28 U.S.C. § 2255. ECF No. 137. The Government shall file an answer to the motion by November 17, 2017. Mr. Williams may file a reply within 30 days after the Government files its answer.

**DATED** this 16th day of October, 2017.

_____
Andrew P. Gordon
United States District Judge